THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM B. GILHOOLY, Appellant, *v.* WILLIAM McADOO, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Gilhooly* v. *McAdoo*, 108 App. Div. 1, affirmed.
(Argued April 16, 1906; decided May 1, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 25, 1905, which reversed an order of Special Term granting a· motion for a peremptory writ of mandamus to compel the defendant to recognize the relator as a detective-sergeant of police in the police department of the city of New York, and to accord to him all the rights, privileges and emoluments belonging to such position and denied such motion.

*Robert H. Wilson* for appellant.

*John J. Delany, Corporation Counsel* (*James D. Bell* and *P. E. Callahan* of counsel), for respondent.

Order affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.